# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** | )<br>) CR 12-0583-TUC-DCB(CRP)<br>) |
| **Plaintiff,** | ) |
| | ) **ORDER** |
| vs. | )<br>) |
| **Carmelo Avila Rivera,** | )<br>) |
| **Defendant.** | )<br>) |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Defendant's Motions to Suppress Evidence Obtained from an Invalid Stop (Docs. 71 & 72).

Magistrate Judge Bruce G. Macdonald conducted a hearing on February 7, 2013, and issued his Report and Recommendation on March 5, 2013. A copy was sent to all parties. No objections to the Magistrate Judge's Report and Recommendation have been filed. Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

/ / /

IT IS ORDERED that Magistrate Judge Macdonald's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED that the Defendant's motions are denied.

DATED this 2nd day of April, 2013.

David C. Bury
United States District Judge